UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:14-cr-116-HSM-SKL |
| v. ) | |
| ) | |
| MONTRELL TUCKER ) | |

## ORDER OF DETENTION PENDING TRIAL

In accordance with the Federal Rules of Criminal Procedure and the applicable provisions of The Bail Reform Act, Title 18 U.S.C. § 3148, Defendant MONTRELL TUCKER ("Defendant") appeared before the undersigned on November 19, 2014, on the Petition for Action on Conditions of Pretrial Release" and the "Amended Petition for Action on Conditions of Pretrial Release" ("Amended Petition") [Docs. 13 & 14]. Those present for the hearings included:

(1) AUSA Meredith Edwards for the government
(2) Defendant
(3) Attorney Gianna Maio for Defendant

After being sworn in due form of law, Defendant was informed or reminded of his privilege against self-incrimination. It was determined Defendant had been provided with a copy of the Amended Petition and had the opportunity of reviewing the Amended Petition with his attorney. The government moved that Defendant's release be revoked and that he be detained without bail. The Defendant was advised of his right to a hearing and, with advice of counsel, waived the hearing.

Based on the allegations of the Amended Petition and the waiver of Defendant, I find the government has met its burden to prove by clear and convincing evidence that Defendant has violated several conditions of his release and that there is no condition or combination of conditions of release that will assure Defendant will not pose a danger to the safety of any other person or the community or that Defendant is unlikely to abide by any condition or combination of conditions of release. 18 U.S.C. § 3148(b)(1) & (2). Thus, Defendant's release is revoked without objection by Defendant.

Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the government, the person in charge of the

corrections facility shall deliver Defendant to the United States Marshal Service for the purpose of an appearance in connection with a court proceeding.

    ENTER.

                                                      s/ *Susan K. Lee*
                                                      SUSAN K. LEE
                                                      UNITED STATES MAGISTRATE JUDGE